IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00702-FDW-DSC

| | |
|---|---|
| **RUBBERMAID INCORPORATED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CENTREX PLASTICS, LLC,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Robert Francis Altherr, Jr. and Peter D. McDermott]" (documents ## 9 and 10) filed December 20, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: December 20, 2012

David S. Cayer
United States Magistrate Judge