IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| RUBBERMAID INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-cv-00702 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CENTREX PLASTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR EXTENSION OF CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE TO EFFECT SETTLEMENT AND STIPULATED DISMISSAL

Plaintiff Rubbermaid Incorporated ("Rubbermaid") and Defendant Centrex Plastics, LLC ("Centrex"), have agreed upon a framework for settling their differences and finally resolving this action through a stipulated dismissal pursuant to a settlement agreement. In order to effect the settlement agreement, the parties by their attorneys hereby jointly move the Court for a thirty (30) day extension of the Court's current Claim Construction Briefing and Hearing schedule to permit time to complete the necessary settlement documents. The requested extension of time is in the best interests of the Court and the parties, as it will save the Court from the burden of additional Court filings and the parties the expense and burden of preparing and filing briefs that ultimately will be unnecessary upon completion of the settlement agreement documents.

The requested extension of time will change the briefing and hearing schedule as follows:

File Responsive Claim Construction Brief   -  From August 1, 2013 to August 31, 2013

File Reply Claim Construction Brief   -   From August 8, 2013 to September 7, 2013

File Surreply Claim Construction Brief   -  From August 15, 2013 to September 14, 2013

File Claim Construction Chart    - From August 22, 2013 to September 21, 2013

Claim Construction Hearing    - From September 25, 2013 to Time to be Determined

For the foregoing reasons and good cause having been shown, it is respectfully requested that the Court grant this joint motion for an extension of time. A proposed order is attached.

Dated: June 3, 2013                                                                  Respectfully submitted,

/s/ Matthew B. Bock
Matthew B. Mock *(pro hac vice)*
SCHIFF HARDIN LLP
233 South Wacker Drive
Sears Tower Suite 6600
Chicago, Illinois 60606
Telephone:    (312) 258-5500
Facsimile:    (312) 258-5600
mmock@schiffhardin.com

Robert A. Muckenfuss (NC 28218)
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Telephone:    (704) 343-2000
Facsimile:    (704) 343-2300
rmuckenfuss@mcguirewoods.com
mpearson@mcguirewoods.com

Gina M. Bassi *(pro hac vice)*
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
Telephone:    (212) 753-5000
Facsimile:    (212) 753-5044
gbassi@schiffhardin.com

*Counsel for Plaintiff*
*Rubbermaid Incorporated*

/s/ Robert F. Altherr, Jr.
Robert F. Altherr, Jr. *(pro hac vice)*
BANNER & WITCOFF, LTD.
1100 13th Street, N.S., Suite 1200
Washington, DC 20005-4051
Phone: 202-824-3000
Fax:    202-824-3001
Email: raltherr@bannerwitcoff.com

John F. Morrow, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3584
Fax:    336-733-8429
Email: jmorrow@wcsr.com

Russ Ferguson
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
301 S. College Street
Charlotte, NC 28202
Phone: 704-331-4920
Fax:    704-338-7839
Email: rferguson@wcsr.com

Peter D. McDermott *(pro hac vice)*
BANNER & WITCOFF, LTD.
28 State Street, Suite 1800
Boston, MA 02109
Phone: 617-720-9660
Fax:    617-720-9601
Email: pmcdermott@bannerwitcoff.com

*Counsel for Defendant*
*Centrex Plastics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2013, I filed a copy of the foregoing JOINT MOTION FOR EXTENSION OF CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE TO EFFECT SETTLEMENT AND STIPULATED DISMISSAL using the Court's CM/ECF system, which will automatically send a copy via email to all counsel of record in this case, including:

Robert A. Muckenfuss (NC 28218)
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
rmuckenfuss@mcguirewoods.com
mpearson@mcguirewoods.com

Gina M. Bassi *(pro hac vice)*
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10130
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
gbassi@schiffhardin.com

Matthew B. Mock
SCHIFF HARDIN LLP
233 South Wacker Drive
Sears Tower Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5513
Facsimile: (312) 258-5600
mmock@schiffhardin.com

/s/ Robert F. Altherr, Jr.
Robert F. Altherr, Jr. *(pro hac vice)*
BANNER & WITCOFF, LTD.
1100 13th Street, N.S., Suite 1200
Washington, DC 20005-4051
Phone: 202-824-3000
Fax: 202-824-3001
Email: raltherr@bannerwitcoff.com

| | |
|---|---|
| RUBBERMAID INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:12-cv-00702 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CENTREX PLASTICS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER EXTENDING TIME

Before the Court is the parties' Joint Motion for Extension of Claim Construction Briefing and Hearing Schedule to Effect Settlement and Stipulated Dismissal. The Court has considered the Motion, finds good cause for it to be GRANTED, and hereby ORDERS that the Claim Construction Briefing and Hearing Schedule be extended as follows:

File Responsive Claim Construction Brief - From August 1, 2013 to August 31, 2013

File Reply Claim Construction Brief - From August 8, 2013 to September 7, 2013

File Surreply Claim Construction Brief - From August 15, 2013 to September 14, 2013

File Claim Construction Chart - From August 22, 2013 to September 21, 2013

Claim Construction Hearing - From Sept. 25, 2013 to Time to be Determined

Signed this _____ day of _____, 2013.

_____
FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE