IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00702-FDW-DSC

| | |
|---|---|
| **RUBBERMAID INCORPORATED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CENTREX PLASTICS, LLC,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Joint Motion for Extension of Claim Construction Briefing and Hearing Schedule to Effect Settlement and Stipulated Dismissal" (document # 24) filed August 1, 2013.

After conferring with the chambers of the Honorable Frank D. Whitney, it is hereby **ORDERED** that the Motion is **DENIED**.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: August 1, 2013

David S. Cayer
United States Magistrate Judge