# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| RUBBERMAID INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTREX PLASTICS, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:12-cv-00702 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rubbermaid Incorporated, by and through its undersigned counsel, agrees and stipulates that all of its claims against Defendant Centrex Plastic, LLC be dismissed with prejudice. Each party shall bear its own respective costs, expenses and attorneys' fees. Both parties further stipulate and agree that the Court shall retain jurisdiction, solely to enforce any terms of the settlement agreement, if necessary.

IT IS SO STIPULATED this the 13th day of August, 2013.

**[Signatures follow on next page]**

/s/Matthew B. Mock

Robert A. Muckenfuss (NC 28218)
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
rmuckenfuss@mcguirewoods.com
mpearson@mcguirewoods.com

Matthew B. Mock *(pro hac vice)*
SCHIFF HARDIN LLP
233 South Wacker Drive
Sears Tower Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5513
Facsimile: (312) 258-5600
mmock@schiffhardin.com

Gina M. Bassi *(pro hac vice)*
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
Telephone: (212) 745-9545
Facsimile: (212) 745-5044
gbassi@schiffhardin.com

Alison L. Maddeford *(pro hac vice)*
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8774
Facsimile: (415) 901-9701
amaddeford@schiffhardin.com

*Counsel for Plaintiff Rubbermaid Incorporated*

/s/ Robert F. Altherr, Jr.

John Morrow
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3584
Fax: 336-733-8429
Email: jmorrow@wcsr.com

Russ Ferguson
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
301 S. College Street
Charlotte, NC 28202
Phone: 704-331-4920
Fax: 704-338-7839
Email: rferguson@wcsr.com

Peter D. McDermott *(pro hac vice)*
BANNER & WITCOFF, LTD.
28 State Street, Suite 1800
Boston, MA 02109
Phone: 617-720-9660
Fax: 617-720-9601
Email: pmcdermott@bannerwitcoff.com

Robert F. Altherr, Jr. *(pro hac vice)*
BANNER & WITCOFF, LTD.
1100 13th Street, N.S., Suite 1200
Washington, DC 20005-4051
Phone: 202-824-3000
Fax: 202-824-3001
Email: raltherr@bannerwitcoff.com

*Counsel for Defendant Centrex Plastics, LLC*